UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

AMANDA WINSTEAD )
         Plaintiff, )
          )
v. ) **JUDGMENT**
          )
          ) No. 5:19-CV-210-FL
ANDREW SAUL, Commissioner of )
Social Security, )
         Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation and plaintiff's motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 15, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $5,000.00.

**This Judgment Filed and Entered on May 15, 2020, and Copies To:**
Vaughn Stephen Clauson (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

May 15, 2020                  PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk